UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA K. STUART,

        Plaintiff,                         Case No. 08-14591

v.                                             Hon. Nancy G. Edmunds

CVS CORPORATION, HARTFORD
LIFE AND ACCIDENT INSURANCE
CO.,

        Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's January 21, 2010 Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for judgment is GRANTED and Defendants' motion for entry of judgment is DENIED, and the case is hereby DISMISSED.

        SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: March 10, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2010, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager